John A. Bishop and Enoch W. Agnew, as Receivers of the firm of Stevens, Graham & Co., Plaintiffs in Error, vs. Daniel G. Ambler, Defendant in Error.

Writ of error to Circuit Court, Marion county; Rhydon M. Call, Judge.

John H. Burchell, for Plaintiffs in Error.

No appearance for Defendant in Error.

This action was brought by the plaintiffs in error against the defendant in error.   There was judgment for the defendant, and plaintiffs take writ of error.

Writ of error dismissed for failure to prosecute.